M. R. BARKER v. CHARLES S. CROSS, et al.

ACTION brought by *Barker* in the district court of Chase county, against *Cross* and another, to compel the specific performance of a certain contract. Judgment for defendants, at the April Term, 1885. The plaintiff brings the case here.

*Per Curiam:* The judgment of the court below in this case will be affirmed, upon the authority of the case of *Barker v. Critzer,* just decided.